Submitted on record and briefs August 21, appeal dismissed as moot
October 21, 1998

CLARENCE EX JONES,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(96C-12285; CA A97061)

965 P2d 1064

Clarence Ex Jones filed the briefs *pro se.*

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and David J. Amesbury, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Appeal dismissed as moot. *Payton v. Thompson,* 156 Or App 217, 968 P2d 388 (1998); *Jones v. Thompson,* 156 Or App 226, 968 P2d 380 (1998).